Jennifer W. Vedra, CO #43657
KNIGHT NICASTRO MACKAY, LLC
518 17th Street, Suite 1005
Denver, CO 80202
Email: vedra@knightnicastro.com
Telephone: 720-710-4911
**ATTORNEY FOR DEFENDANT
EDGAR A. CORTES-GALVAN**

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| **GEORGIA RAE SMITH** | Case No.: 1:24-cv-02200-MEH |
| Plaintiff, | |
| vs. | |
| **EDGAR A. CORTES-GALVAN** | **DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |
| Defendant. | |

Defendant Edgar Cortes-Galvan ("Defendant"), through undersigned counsel Knight Nicastro Mackay, LLC, submit his disclosure pursuant to Fed. R. Civ. P. 7.1(a)(2):

Defendant Edgar Cortes-Galvan is a resident and citizen of the state of Kansas.

Dated this 14th day of August, 2024.

**KNIGHT NICASTRO MACKAY, LLC**

By:   /s/ *Jennifer W. Vedra*
         Jennifer W. Vedra, #43657
         510 17th St., Suite 1005
         Denver, CO 80202
         Telephone: 720-710-4911
         Facsimilie: 816-396-6233
         vedra@knightnicastro.com
         *Counsel for Defendant Edgar A. Cortes-Galvan*

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I certify that on this 14th day of August, 2024, I electronically filed and served a true and correct copy of the foregoing via CM/ECF upon all counsel of record.

                                         */s/ Jennifer W. Vedra*
                                         Jennifer W. Vedra
                                         *A copy of this filing will be maintained in accordance with C.R.C.P. 121 § 1-26(7).*